■ BRAUSE REALTY, INC., et al., Appellants, v CITY OF NEW YORK, Respondent.—Order, Supreme Court, New York County, entered May 15, 1978, unanimously reversed, in the exercise of discretion, and plaintiffs-appellants' motion for permission to serve and file a supplemental complaint, to increase the *ad damnum* clause, and to transfer the case from Civil to Supreme Court granted, without costs and without disbursements. This, of course, is not a motion for summary judgment, and sufficient has been demonstrated at least prima facie in the exhibits found with the motion papers to indicate a causal relationship with defendant-respondent's alleged negligence in maintenance of its water lines, claimed to have been the cause of the damage stated in the original complaint. Concur—Lane, J. P., Markewich, Lupiano and Bloom, JJ.

■ SIDNEY KLEIN, Respondent-Appellant, v ROSLYN KLEIN, Appellant-Respondent.—Order, Supreme Court, New York County, entered on April 29, 1977, unanimously affirmed on the opinion of Shainswit, J., at Special Term, without costs and without disbursements. The appeal from the order of said court entered on April 12, 1977 is hereby dismissed as nonappealable, without costs and without disbursements. Concur—Birns, J. P., Evans, Lane and Sullivan, JJ.